# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 21-11436 |
| Luis A. Quintana, Jr. | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtor(s) | ) | **MOTION TO MODIFY PLAN** |
| | ) | |
| | ) | |

*****************************************************************************

Now comes the Debtor, by and through the undersigned counsel, and hereby moves this Honorable Court to modify this chapter 13 plan. Debtor's bankruptcy was filed on April 23 25, 2021 and the Chapter 13 plan and is pending confirmation.

The modified plan attempts to resolve both the Objection to Confirmation filed by First Guaranty Mortgage Corp. by providing for payment of $19,500.89 in pre-petition mortgage arrears which is the amount listed in their proof of claim.

The proposed modified plan also values the secured claim of the Internal Revenue Service at $0.00 in Part 3.2. Finally, the modified plan provides for treatment to Cupco, LLC in Part 3.4.

WHEREFORE, Debtor prays this motion will be granted, modifying the Chapter 13 plan.

Respectfully Submitted,

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Rauser & Associates
1468 W. 9th St., Suite 300
Cleveland, Ohio 44113
Telephone: (216) 263-6200

**CERTIFICATE OF SERVICE**

This is to certify that on July 12, 2021 a true and correct copy of the motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Lauren A. Helbling, at ch13trustee@ch13cleve.com,

- United States Trustee, at (Registered address)@usdoj.gov

- LeAnn E. Covey at lcovey@clunkhoose.com

- Nicholas R. Oleski at nro@mccarthylebit.com

Debtor:
Luis A. Quintana, Jr.
1917 West 41st Street
Lorain, OH 44053

Creditors:
City of Lorain Utilities Department
1106 W. 1st St.
Lorain, OH 44052

Credit Acceptance
P.O. Box 551888
Southfield, MI 48037

Cup Co LLC
c/o McCarthy Lebit Crystal & Liffman
101 W Prospect Ave, Ste 1800
Cleveland, OH 44115

Cupco, LLC c/o Nicholas Oleski, Esq.
101 W. Propspect Ave., Suite 1800
Cleveland, OH 44114

Ethan J Clunk
Clunk House Co LPA
4500 Courthouse Blvd Suite 400
Stow, OH 44224

First Guaranty Mortgage Corp
15480 Laguna Canton Roaf Suite 100
Irvine, CA 92618

IRS
Insolvency Group 3
1240 E 9th St
Room 493
Cleveland, OH 44199

IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

IRS
PO Box 21125
Philadelphia, PA 19114-0325

Lend Us
3240 Stone Valley Road West
Alamo, CA 94507

Lorain County Clerk of Court
225 Court St., First Fl.
Elyria, OH 44035

Lorain County Court of Common Pleas
Attn: 19 CV 199317
225 Court Street
Elyria, OH 44035

One Main
P.O. Box 742536
Cincinnati, OH 45274-2536

Phoenix Financial Services
8902 Otis Ave.
103A
Indianapolis, IN 46216

Rushmore Loan Management Services
Customer Care Department
P.O. Box 814529
Dallas, TX 75381-4529

The Illuminating Company
76 S. Main St.
Akron, OH 44308-1890

                                              /s/Alexander V. Sarady
                                              Alexander V. Sarady (0075500)
                                              Attorney for Debtor(s)